# IN THE MISSOURI COURT OF APPEALS
## MAY 6, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

WD75953      In The Matter Of John Flentie vs. Toni L. Clemens, Platte
             County Public Administrator
WD76171      Consolidated with WD75953

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

None